516 A.2d 1186

**David W. VanSLANDER, Sr., Sandra M. VanSlander and David W. VanSlander, Jr., a Minor, by David W. VanSlander, his guardian,**

v.

**The AETNA CASUALTY & SURETY COMPANY, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 6, 1986.

Petition for Allowance of Appeal GRANTED, No. 88 W.D. Appeal Docket 1986.